# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### (ATLANTA DIVISION)

**DESIREE JORDAN-PHILADELPHIA**

Plaintiff

*v.*

**WELLSTAR ATLANTA
MEDICAL CENTER, INC.**

Defendant

**CIVIL ACTION FILE No.:
1:19-CV-00116-LMM**



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**JUL 2 1 2021**

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## PLAINTIFF'S MOTION OBJECTING TO PAY THE DEFENDANT'S BILL OF COST FOR THEIR DEPOSITION EXPENSE

… COMES NOW, the Plaintiff DESIREE JORDAN-PHILADELPHIA, and hereby files this *"**Motion objecting to payment for the Defendant's Bill of Cost for Deposition and Transcript.**"* as requested by the Defendant:

Please be informed that Plaintiff did not hire the company Trustpoint.One / Alderson to:

**a)** Record the Deposition that was conducted by attorney Charles Bachman on 12/14/2020.

**b)** The Plaintiff did not directly nor indirectly **request or hire** Trustpoint.One / Alderson to Appear, and to Transcribe the said deposition event.

**c)** The Bill of Cost **INVOICE No. 126180** from Trustpoint.One / Alderson **clearly and explicitly indicates that the service was Ordered by**: **Charles L. Bachman, Jr**. of Gregory Doyle Calhoun & Rogers, LLC, and **NOT** by the Plaintiff Desiree Philadelphia-Jordan.

**1**

**d)** The subject Invoice was correctly submitted to: **Mackenzie Gestlinger**, Gregory Doyle Calhoun & Rogers on 12/30/2020 and should have been paid by the one that Ordered the said service, having been billed accordingly.

**e)** The Final Order issued by the court [Doc. 69], it did **NOT** direct the Plaintiff to pay the Cost of the Bill that was incurred by the Defendant.

**f)** The Georgia Statutory Law prescribes at **O.C.G.A. § 9-11-30 (4)** Recording of Deposition. ". . . **and the party taking the deposition** SHALL BEAR THE COSTS OF THE RECORDING."

Therefore, considering the given facts and circumstances mentioned above, the Plaintiff Desire Philadelphia-Jordan hereby prays that this Honorable Court orders the Defendant to pay the "Bill of Cost" **INVOICE No. 126180** that was **submitted to them, by the company they hired;** Trustpoint.One / Alderson.

Respectfully submitted this 19th day of July, 2021

**DESIREE JORDAN-PHILADELPHIA**
Plaintiff (*Pro Se*)

**DESIREE JORDAN-PHILADELPHIA**
**2144 COLD SPRING CIRCLE**
**LITHONIA, GA 30058**

**Tel: (678) 510 – 9153**

**Email: desireephiladelphia@gmail.com**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## (ATLANTA DIVISION)

**DESIREE JORDAN-PHILADELPHIA**

Plaintiff

*v.*

**WELLSTAR ATLANTA**
**MEDICAL CENTER, INC.**

Defendant

**CIVIL ACTION FILE No.:**
**1:19-CV-00116-LMM**

### CERTIFICATE OF COMPLIANCE AS TO FONT SIZE

Pursuant to the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, this is to certify that the foregoing document complies with the font and point selections approved by the Court in Local Rule 5.1C. The foregoing was prepared on computer using Times New Roman font (14 point).

Respectfully submitted this 19th day of July 2021.

**DESIREE JORDAN-PHILADELPHIA**
Plaintiff (*Pro Se*)

**DESIREE JORDAN-PHILADELPHIA**
**2144 COLD SPRING CIRCLE**
**LITHONIA, GA 30058**

**Tel: (678) 510 – 9153**

**Email:  desireephiladelphia@gmail.com**

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### (ATLANTA DIVISION)

**DESIREE JORDAN-PHILADELPHIA**

Plaintiff

*v.*

**WELLSTAR ATLANTA
MEDICAL CENTER, INC.**

Defendant

**CIVIL ACTION FILE No.:
1:19-CV-00116-LMM**

## CERTIFICATE OF SERVICE

A copy of the *"Plaintiff's Motion objecting to payment for the Defendant's Bill of Cost for Deposition and Transcript,"* has been furnished without delay by US First Class Mail to:

**CHARLES L. BACHMAN, Jr.
GREGORY, DOYLE, CALHOUN & ROGERS, LLC.
49 ATLANTA STREET
MARIETTA, GA 30060**

Respectfully submitted this 19th day of July, 2021.

**DESIREE JORDAN-PHILADELPHIA**
Plaintiff (*Pro Se*)

**DESIREE JORDAN-PHILADELPHIA
2144 COLD SPRING CIRCLE
LITHONIA, GA 30058**

**Tel: (678) 510 – 9153**

Email: **desireephiladelphia@gmail.com**

**4**

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 126180 | 12/30/2020 | 97805 |

| Job Date | Case No. |
|---|---|
| 12/14/2020 | 1:19-cv-00116-LMM-LTW |

| Case Name |
|---|
| Desiree Jordan-Philadelphia vs. Wellstar Atlanta Medical Center, Inc. |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

W Trustpoint.One    Alderson.

Mackenzie Geistlinger
Gregory Doyle Calhoun & Rogers, LLC
49 Atlanta Street
Marietta, GA 30060

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Desiree Jordan-Philadelphia | 163.00 | Pages | @ | 4.250 | 692.75 |
| Appearance Fee | 1.00 | Day | @ | 120.000 | 120.00 |
| Litigation Support Package | 1.00 | | @ | 45.000 | 45.00 |
| Processing Fee (Electronic Delivery only) | 1.00 | | @ | 35.000 | 35.00 |
| | | **TOTAL DUE   >>>** | | | **$892.75** |

Ordered by    :  Charles L. Bachman, Jr.
Gregory Doyle Calhoun & Rogers, LLC
49 Atlanta Street
Marietta, GA 30060

We appreciate your business!

800.367.3376
www.trustpoint.one
www.aldersonreporting.com

Accounts Receivable Department
678.496.2488 or 855.669.1205 ext. 602

**Tax ID:** 35-2640986

*Please detach bottom portion and return with payment.*

Mackenzie Geistlinger
Gregory Doyle Calhoun & Rogers, LLC
49 Atlanta Street
Marietta, GA 30060

| | |
|---|---|
| Invoice No. | : 126180 |
| Invoice Date | : 12/30/2020 |
| **Total Due** | : **$892.75** |

Remit To: **Trustpoint.One / Alderson**
**PO Box 532292**
**Atlanta, GA 30353☐2292**

| | |
|---|---|
| Job No. | : 97805 |
| BU ID | : TP-Legal |
| Case No. | : 1:19-cv-00116-LMM-LTW |
| Case Name | : Desiree Jordan-Philadelphia vs. Wellstar Atlanta Medical Center, Inc. |